

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00908-CV

**IN RE** Linda **LEESER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Sandee Bryan Marion, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  January 8, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On December 30, 2013, relator filed a petition for writ of mandamus complaining of the trial court's denial of a request to vacate temporary orders in a child custody dispute and seeking an order directing the trial court to enter temporary orders in conformance with a mediated settlement agreement. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2006-CI-14491, styled *In the Interest of S.O.L., A Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Genie Wright presiding.